R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Plaintiff
DOT Operating Authority Inc.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOT Operating Authority Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAV Permit Inc., a California Corporation; Valentina Mkrtchyan, an individual; and Rima Arakelyan, an individual,<br><br>Defendants. | **Case No: 2:24-cv-3183 FMO (PDx)**<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT PER FED.R.CIV.P. 15(a)(1)(B)**<br><br>**Hon. Fernando M. Olguin**<br>**United States District Judge** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff DOT Operating Authority Inc. ("Plaintiff") filed a complaint against Defendants LAV Permit Inc., Valentina Mkrtchyan, and Rima Arakelyan ("Defendants") on April 18, 2024 (Dkt. 1);

WHEREAS, Defendants filed a motion to dismiss the complaint pursuant to Fed.R.Civ.P. 12(b)(6) on June 12, 2024 (Dkt. 20), which is set for hearing on July 11, 2024;

WHEREAS, Plaintiff's opposition to Defendants' motion to dismiss is due on June 20, 2024;

WHEREAS, Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure provides in relevant part: "A party may amend its pleading once as a matter of course no later than… 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier";

//

//

//

//

//

//

//

THEREFORE, Plaintiff hereby gives notice that it intends to file a First Amended Complaint by July 3, 2024 in lieu of filing an opposition to Defendants' Rule 12(b)(6) motion to dismiss.

Respectfully submitted,

By:

Dated: June 20, 2024

/s/R. Joseph Trojan
R. Joseph Trojan
Dylan C. Dang
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348
Attorneys for Plaintiff
DOT Operating Authority Inc.