# EXHIBIT 1



**MONTHLY MILEAGE TAX REPORT**
( Oregon Department of Transportation)

CREATE NEW ACCOUNT

OR

Email Address:

Password::

☐ Remember me          Forget Password?

SIGN IN

☀ SMART PERMITS SOLUTIONS

**Getting your Oregon Trip Permit has never been so easy! You need us. And, we got you.**

We can help you with:
- ✅ Trip Permit Application
- ✅ Oregon Fuel Tax Permit
- ✅ Trip Permits from out of state
- ✅ And, more!

Best affordable services guaranteed!

**ISSUE A TEMPORARY PERMIT**
(Temporary Permits Valid for 10 days)

Your USDOT#:

Permit starting date        Legal Business Name:

Email Address:

Phone Number:

NEXT

## Looking to get an Oregon Trucking Permit Online? LET US HELP YOU!

No need for long processing waits or profuse amounts of paperwork to get your Oregon trip permit or any other permit you need. Our helpful, and knowledgeable staff will get the work done. This means that we will handle everything from the start of your Oregon permit application to the filing of the last page, answering any questions along the way!



**Light Vehicle Trip Permit**

Allows the use of unregistered Passenger vehicles in Oregon (8,000 pounds or less combined weight);



**Recreational Vehicle Permit**

This includes the use of unregistered Campers; Travel trailers; or Motor homes.



**Heavy Motor Vehicle and Trailer Permit**

Grants the use of unregistered Motor vehicles with a registration weight (ORS 801.420) over 8,000 pounds



**Registration Weight Trip Permit**

Grants the use of Oregon-registered vehicles at a higher weight than the existing registration allows.



**Registered Vehicle Trip Permit**

Grants the use of Oregon-registered vehicles under conditions, or in ways not allowed with the current registration.



**Snowmobile Out-Of-State Residents**

This permit grants the use of a snowmobile in Oregon when the owner is a resident of another state and the snowmobile is not registered.

## Trip Permit from Another State

You can operate a vehicle in Oregon using your valid trip permit from another state. This means that you don't need to get a specific Oregon permit! However, you must keep proof of insurance in the vehicle.

Let us take care of the Oregon trip permit paperwork for you. This way your out-of-state trip permit is guaranteed during the time you need it...when you need it!



### To apply for your Oregon trucking permit online, you will be asked to provide the following information:

- USDOT#
- Driver name
- Truck information (Unit#, VIN#, License plate#, current Odometer)
- If truck is leased or purchased. If it is leased, leasing company name.
- The route which you will take to enter and exit Oregon, and also if you have any stops
- Zip codes of locations, if you have drop off or pick up

## FUEL TAX

When a truck purchases fuel in the state of Oregon, they are required to report and file fuel taxes. In order to do so, trucks must have an Oregon fuel tax permit.

There really isn't much to obtaining an Oregon trip or fuel tax permit online when you let our skillful trucking team members handle it for you. Simply call and speak to one of our representatives and have your paperwork completed in a timely manner. Our Oregon trucking experts are always happy to help you get the best services.



**Fuel Tax**

## IFTA Fuel Tax

The International Fuel Tax Agreement, also known as IFTA, is another method to track fuel use by motor carriers that operate in more than one state between Canada and the United States. We can help you register and file IFTA as well! Don't lose your license because you forgot, or don't know how to properly file your IFTA taxes.

Besides, who has time for all that paperwork? We do. Leave it to the online Oregon trucking experts!

**1st Quarter**
Returns Due by April 30

**2nd Quarter**
Returns Due by July 31

**3rd Quarter**
Returns Due by October 31

**4th Quarter**
Returns Due by January 31
(in the following year)

### Contact Us

Call us today! Our knowledgeable team of experts are standing by to help you with all your Oregon Truck Permit needs.

📞 **Phone:**
(503) 755-1398

✉ **Email:**
info@oregontruckpermit.com

🔗 **Website:**
https://www.oregontruckpermit.com/

Our business hours are **6:00 a.m. to 6:00 p.m. PST** from **Monday to Friday**. Outside of those hours, feel free to fill out the contact form below to get in touch with our team!

Your Name (*)

Your Email (*)

Your Phone (*)

Subject (*)

Your Message (*)

Please enter an answer in digits: five x 1 =

SEND

© 2024 - Oregon Truck Permit. All Rights Reserved.

Oregon Truck Permit Terms and Conditions | Privacy Policy